UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NATHAN J. PETTIGREW,

    Petitioner,

v.                                     Case No. 10-C-210

ROBERT HUMPHREYS and ALFONSO GRAHAM,

    Respondents.

**ORDER**

On March 12, 2010, Nathan J. Pettigrew, currently incarcerated at Racine Correctional Institution, filed this petition pursuant to 28 U.S.C. § 2254,[1] asserting that his custody violates the Constitution. Petitioner has failed to comply with Civil L.R. 9, which requires that petitioners seeking habeas relief must file their petition "using forms available from the Court." Consequently, Pettigrew's petition is dismissed with leave to amend. Pettigrew may file an amended petition in this action within thirty days; if he does so, his petition must comply with the local rules. The Clerk is directed to send Pettigrew a copy of the Court's form for petitions under 28 U.S.C. § 2254.

    **SO ORDERED** this   16th   day of March, 2010.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge

---

[1] Although the petition was styled as one under 28 U.S.C. § 2241, Pettigrew's petition is actually one under 28 U.S.C. § 2254. While Pettigrew claims that he is "being unlawfully detained at the Racine Correctional Institution for reasons which are unrelated to my conviction and sentence," it appears that his custody is a result of a Wisconsin court's judgment.